IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DEWAYNE A. BUSH, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that Defendant Bush's sentencing is continued to **3:00 p.m.** on Thursday, September 28, 2006, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 25, 2006.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge