IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3045 |
| | ) | |
| V. | ) | |
| | ) | |
| DEWAYNE A. BUSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that Defendant Bush's sentencing is rescheduled back to 12:00 noon on Thursday, September 28, 2006.

September 26, 2006.            BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge